

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 11 2007
ROBERT H. _____, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRI DOYLE** | : | **DOCKET NO. 06-1521** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALLSTATE INSURANCE COMPANY AND ALLSTATE INDEMNITY COMPANY** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motion to remand [doc. # 12] be, and it is hereby DENIED.

IT IS FURTHER ORDERED that plaintiff's request for costs, expenses, and fees be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE